**Stanley J. McCLATCHEY, Appellant,**

v.

**Juliann Marie SAVONA, Respondent.**

### No. WD 64908.

Missouri Court of Appeals, Western District.

Dec. 13, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 31, 2006.

Application for Transfer Denied April 11, 2006.

Albert W.L. Moore, Jr. Independence, MO, for Appellant.

Juliann Marie Savona Independence, MO, Respondent pro se.

Before: SPINDEN, P.J., and HOWARD and HOLLIGER, JJ.

**Order**

PER CURIAM.

Stanley J. McClatchey obtained an interlocutory default judgment against Juliann Savona under Rule 74.05. Following a default hearing on the issue of damages, the trial court entered judgment awarding Mr. McClatchey a total of $60,052 in damages. Mr. McClatchey appeals, claiming that the trial court erred in denying him compensatory damages for the loss of his deceased wife's services and in denying punitive damages. We affirm the judgment pursuant to Rule 84.16(b).